UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 4:23-CR-112 |
| v. | ) | |
| | ) | |
| THOMAS JAMES MORFORD, | ) | APPEARANCE |
| | ) | |
| Defendant. | ) | |

**COME NOW** Thomas D. Hanson and L. Lars Hulsebus of Dickinson, Mackaman, Tyler & Hagen, P.C., and enters their appearance for Defendant, Thomas James Morford., for the above entitled-matter.

Dated this 31st day of July, 2023.

Respectfully submitted,

/s/*Thomas D. Hanson*
Thomas D. Hanson, AT0003241

/s/*L. Lars Hulsebus*
L. Lars Hulsebus
Dickinson, Mackaman, Tyler & Hagen, P.C.
699 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: 515-244-2600
Facsimile: 515-246-4550
thanson@dickinsonlaw.com

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Richard D. Westphal
United States Attorney
U.S. Courthouse Annex, Suite 86
110 East Court Avenue
Des Moines, IA  50309
Rich.Westphal@usdoj.gov

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

None

/s/*Cindy S. Dillinger*
Cindy S. Dillinger